UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EFREN PAREDES, JR.,

    Petitioner,    Case No. 03-74826-DT
v.    HONORABLE GERALD E. ROSEN
        UNITED STATES DISTRICT JUDGE
DOUGLAS VASBINDER,

    Respondent.
_____/

## JUDGMENT

The above entitled matter having come before the Court on a Petition for Writ of Habeas Corpus, Honorable Gerald E. Rosen, United States District Court Judge, presiding, and in accordance with the Memorandum Opinion and Order entered on June 30, 2006.

IT IS ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED AND ADJUDGED that a Certificate of Appealability is DENIED.

Dated at Detroit, Michigan, this 30th, day of June, 2006.

    DAVID J. WEAVER
    CLERK OF THE COURT

APPROVED:

    BY: s/L. R. Saulsberry
    DEPUTY CLERK

s/Gerald E. Rosen
GERALD E. ROSEN
UNITED STATES DISTRICT JUDGE